FILED
APR 14 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| REZA LESANE,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>ALOHA AIRLINES, INC.; et al.,<br><br>  Defendants - Appellees. | No. 04-16793<br><br>D.C. No. CV-03-00477-SPK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

RECEIVED
CLERK U.S. DISTRICT COURT
APR 17 2006
DISTRICT OF HAWAII

Appellant's April 4, 2006 letter states that Aloha Airlines' bankruptcy proceedings have concluded. The stay of proceedings is lifted.

On or before May 15, 2006, appellant shall file a replacement opening brief not to exceed 14,000 words. Appellant shall also submit corrected covers for the excerpts of record by that date. The replacement answering brief is due June 14, 2006. The optional reply brief is due 14 days after service of the answering brief.

For the Court:

Cathy A. Catterson, Clerk

Cole Benson, Deputy Clerk
9th Cir. R. 27-7/Note to Rule 27-7/
 Rule 27-10