United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:  November 13, 2006

To:  United States Court of Appeals        Attn:  (✓)   Civil
     For the Ninth Circuit
     Office of the Clerk                          ( )   Criminal
     95 Seventh Street
     San Francisco, California 94103              ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CV 03-00477SPK            Appeal No:   04-16793

Short Title:  LESANE VS. ALOHA AIRLINES, INC.


Clerk's Files in     __2__     volumes  (✓) original  ( ) certified copy

Bulky docs           _____     volumes (folders)  docket #

Reporter's           __1__     volumes  (✓) original  ( ) certified copy
Transcripts                    7/23/04

Exhibits             _____     volumes  ( ) under seal

                     _____     boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:


Acknowledgment: _____    Date: _____



cc: all counsel