MOATT NOATT
REOPEN

INTERNAL USE ONLY: Proceedings include all events.
04-16793 Lesane v. Aloha Airlines, Inc., et al

| | |
|---|---|
| REZA LESANE<br>    Plaintiff - Appellant | Andre S. Wooten, Esq.<br>808/545-4165<br>[COR LD NTC ret]<br>1188 Bishop Street<br>Suite 1909<br>Honolulu, HI 96813 |
| v. | |
| ALOHA AIRLINES, INC.<br>    Defendant - Appellee | Richard Rand, Esq.<br>808/521-1051<br>[COR LD NTC ret]<br>700 Bishop Street<br>Amfac Bldg., 15th Floor<br>Honolulu, HI 96813<br><br>Roman F. Amaguin, Esq.<br>808/523-6000<br>15th Floor<br>[COR LD NTC ret]<br>TORKILDSON KATZ FONSECA JAFFE<br>MOORE & HETHERINGTON<br>700 Bishop Street<br>Honolulu, HI 96813 |
| JOHN EMPLOYEES<br>    Defendant - Appellee | Richard Rand, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Roman F. Amaguin, Esq.<br>(See above)<br>[COR LD NTC ret] |