DATE: June 4, 2007

TO: USDC District of Hawaii

FROM: US COURT OF APPEALS - NINTH CIRCUIT by: Judge Tashima

CA# 04-16793          DC# CV-03-00477SPK

TITLE Lesane v. Aloha Airlines, Inc.

RECORD RETURNED TO DISTRICT COURT:

   X    VOL. CLERK'S FILE

   X    VOL. REPORTER'S TRANSCRIPT

OTHER

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 13 2007
4:30 p
DISTRICT OF HAWAII

One memo per case, please.

cc: Records Unit, Clerk's Office, San Francisco